# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANNY MERTSOCK, | No. 4:20-CV-02208 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| SHINGLEHOUSE BOROUGH POLICE, | |
| Defendant. | |

## ORDER

**DECEMBER 21, 2020**

Plaintiff, awaiting trial in the Court of Common Pleas of Potter County, filed the instant action on October 27, 2020.[1] The case was jointly assigned to the undersigned and to a magistrate judge. Upon designation, a magistrate judge may "conduct hearings, including evidentiary hearings, and . . . submit to a judge of the court proposed findings of fact and recommendations."[2] Once filed, this report and recommendation is disseminated to the parties in the case who then have the opportunity to file written objections.[3]

On November 30, 2020, Magistrate Judge Martin C. Carlson, to whom this matter is jointly assigned, issued a thorough report and recommendation. Magistrate Judge Carlson recommended that Plaintiff's complaint be dismissed

---

[1] Doc. 8 at 1.
[2] 28 U.S.C. 636(b)(1)(B).
[3] 28 U.S.C. 636(b)(1).

with prejudice because it fails to state a claim.[4]  The complaint "consists of a single-page, one-paragraph pleading that describes [Plaintiff's] displeasure with the pending case in a fashion that lacks content, context, or factual continuity."[5]  As Magistrate Judge Carlson put it, "the plaintiff's complaint is, on its face, fundamentally flawed in multiple and profound ways that cannot be remedied."[6]

No objections to the report and recommendation have been filed.  For portions of the report and recommendation to which no objection is made, the Court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."[7]  Regardless of whether timely objections are made by a party, the District Court may accept, not accept, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.[8]

Because I write solely for the parties, I will not restate the facts, but will instead adopt the recitation of facts as set forth by the magistrate judge.  I have conducted a de novo review here and found no error.

---

[4]  Doc. 8 at 17-18.
[5]  *Id.* at 1.
[6]  *Id.* at 17.
[7]  Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (*citing Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that judges should give some review to every report and recommendation)).
[8]  28 U.S.C. § 636(b)(1); Local Rule 72.31.

**AND NOW, IT IS HEREBY ORDERED** that:

1. Magistrate Judge Martin C. Carlson's Report and Recommendation, Doc. 8, is **ADOPTED in full**.

2. Plaintiff's Complaint, Doc. 1, is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** the case file.

                BY THE COURT:

                *s/ Matthew W. Brann*
                Matthew W. Brann
                United States District Judge